# PROPOSED ORDER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Collier v. Cheshire County Sheriff, et al.

**Case No. _____**

## EMERGENCY ORDER

Upon consideration of Petitioner's Emergency Petition for Writ of Habeas Corpus, and it appearing that Petitioner is currently held in custody and has an active federal civil rights action (Case No. 1:26-cv-00226-SM-TSM) and a pending First Circuit appeal (No. 26-1564):

IT IS HEREBY ORDERED:

1. The Cheshire County Sheriff shall PRODUCE Petitioner Randall Collier before this Court within twenty-four (24) hours of this Order to show cause for continued detention;

2. Petitioner is RELEASED on his own personal recognizance pending the show cause hearing;

3. All state court proceedings against Petitioner are STAYED pending resolution of the pending federal action and First Circuit appeal;

4. Any warrant issued by Magistrate Stephanie Johnson is declared VOID AB INITIO;

5. Such other and further relief as this Court deems just and proper.

**SO ORDERED.**

DATE: _____


_____

United States District Judge

District of New Hampshire