Rondell Collier
Suri Juris Pro Se
United States Navy Veteran
06 Joslin Rd
Surry, NH 03431
603 803 2618
042611t@gmail.com

United States District Court
For The District of New Hampshire

Collier

v                                                    Case no. 1:26-cv-0448 SE-AJ

Chesire County Sheriff
Chesire County Dept of Corrections
Anne Edwards NH Superior Court Exec Administrator


Petitioners Request for late Entry
of Petitioners Objection to the Report +
Recommendation.


Today July 6 2026 I recieved my objection to the R+R at 0705am
my Mail has been Continuesly hindered both on tablet email + regular US
Mail. I Respectfully request this Court accept Submission of my
Objection to the R+R.
        Judicial officers are fiduciaries to the People See US vs Holzer 7th cir 1987
and further upheld in McNally vs US 483 US 350 1987
48 Stat 1 March 9 1933 All officials acting under restructured Emergency
authority are Public trustees. See also 31 USC 3729, 18 USC 641, 654, 18 USC
1957 + 654, Goldberg v Kelly 1990, 31 CFR 2252, 31 USC 9304 - 9368
5 USC 3331, Federal Disclosure Regulation, SEC Rule 10b5, 18 USC 1346
18 USC 241, 18 USC 871, 18 USC 1956,


                    Respectfully Submitted


July 6th 1215pm        Rondell Collier

Inmate Collier
825 Marlboro Rd.
Keene NH
03431

USMS SCREENED

New Hampshire District Court
55 Pleasant St
Concord NH
03301

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 03431
02 7H
0006172597

$ 001.32⁰

JUL 07 2026