United States District Court
for District of New Hampshire

Collier

vs

State of NH el al

1:26-cv-00448 SE-AJ

July 9th 2026

Petitioner Petition to Ammend Objection to
R+R on denial of Habeas Corpus to include
update from July 8th Conference hearing in Cheshire
Superior Court.

I apologize to this Court for Clerical error as I have been unable
to have access to all my Case files while being detained as well as
having mail denyed to me hindering Clarity and timely responses
as noted by officer Bedard memo dated 6-25-26 noting denied mail

Exec Admin Anne Edwards issued the no bond hold for missing a
hearing on May 7th 2026 as noted in Case 26-1564 First Circut Court of
Appeals and i filed notice of appeal I believe on May 14 2026 to that Court.
on Stay of all State Proceedings that this Court denied. It appears this
Court remanded State Cases back to NH on April 30th 2026

In my ammended Complaint in this Court, NH Superior Court Clerk B.C.
Thurston and Cheshire County Attorney was Served with a Copy of this Ammended
Complaint. Yesterday July 8th 2026 I had a Conference hearing in Cheshire
Superior Court whereas being shackled + in orange clothing, the County Attorney
offered a Conditional no Pross if I plead Guilty to the charges and she would
release me from Custody as my time has been Served and the Condition i agree
to arrangements to include a DV eval and others I have yet to read, + to drop charges
   I want to make it very clear to this Court, both my Psychological eval +
Comprehensive Psychiatric evals were both ignored in 4th Circut Family Court
not to mention, during Civil litigation where I recieved Criminal Statute
Protective orders, the orders did not mention any Specific i did, nor was
I afforded a Criminal trial to implement those orders.

See Page 2

Page 2 Case 1:26-cv-00448-SE-AJ.    Collier v State of NH etal

FILED USDC-N
2026 JUL 14 PM 2:23

The County attorney stated unless I want to spend additional time in jail awaiting jury trial I can be released if I sign the agreement to plead Guilty to the State charges. Pleading guilty to charges where there was verified lawful injury, no witnesst, no criminal History on my behalf, NO
and where Rules of evidence donot + didnot apply to the orders, conflicting NH House foor Speeches between Referee Garner + Bob lynn (NH Retired Supreme Court Justice + House chair of Judiciary Committee) the actions by the County Attorney appear to be extortion, coersion, intimidation, threat of further unnecessary jail time on the public Record.

Furthermore, my elderly father fell and sustained multiple fractures while I was behind bars, while I was his primary care provider Proved on Pg 14 of the Habeas, correct. I have no choice but to Sign the agreement to be released to both manage his care and both my current Federal appeals. ~~$on the finncple and get the Surty~~ (RSC) ~~and~~ I reserve my rights under UCC 1-308 to unknown Jurisdiction to sign the agreement under Duress, coersion + further detainment.

Please forward to any Party in Question as I do not have the resources to me while being detained.

Respectfully Submitted this day July 9th 2026
Collier

Driving Case John 6th

affidavit of obligation, with Notice of Judicial duty, notice of Right to travel, notice of Constitutional law, notice of Police Powers of the State, notice of Crime, notice to Public Servants, notice of Due Process of law.

obligation - 1395 caselaws
Judicial duty 248
travel 106 560
Const law 660K
Police Powers of NH 105
Crime = 407 550
Servants 29K
Due Process 819400

Collier
CCHOC
Keene nH
03431

FILED - USDC -NH
2026 JUL 14

New Hampshire District Court
55 Pleasant Street
Concord, NH
03301

BOSTON

11 JUL 2026  PM 7  L

Freedom

FOREVER / USA

USMS SCREENED