UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

   v.                                                                    Case No. 26-cv-448-SE

Cheshire County Sheriff, et al

ORDER

After due consideration of the objection and amended objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 2, 2026, for the reasons set forth therein. The petition is dismissed without prejudice. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right and reasonable jurists would not find it debatable whether Judge Johnstone was correct on procedural grounds, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

The clerk of court shall enter judgment and close the case.

So Ordered.

_____
Samantha D. Elliott
Chief Judge, US District Court

Date: August 4, 2026

cc:    Randall Collier, pro se