UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Randall Collier

    v.                                        Case No. 26-cv-448-SE

Cheshire County Sheriff, et al


JUDGMENT


Judgment is hereby entered in accordance with the Order by Chief Judge Samanth D. Elliott dated August 4, 2026, approving the Report and Recommendation dated June 2, 2026.


By the Court:

Tracy A. Uhrin
Clerk of Court


Date: August 5, 2026

cc:  Randall Collier, pro se