UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

RjS

FILED - USDC -NH
2026 AUG 5 AM 11:24

Return to Sender

Tracy A. Uhrin, Clerk
Special/Legal Mail

quadient
FIRST-CLASS MAIL
IMI
$000.74⁹
07/17/2026 ZIP 03301
043M31271584

US POSTAGE

USMS SC

USMS SCREE

Randall Collier, #240004722
Cheshire County Department of
Corrections
825 Marlboro Road
Keene, NH 03431

NIXIE       015   FE 1        8698/02/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 03301394135    *2521-01761-21-38

## Orders on Motions

1:26-cv-00448-SE-AJ Collier v.
Cheshire County Sheriff

ADMIN

### U.S. District Court

### District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2026 at 10:37 AM EDT and filed on 7/17/2026
**Case Name:**      Collier v. Cheshire County Sheriff
**Case Number:**    1:26-cv-00448-SE-AJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER granting [3] Motion to Extend Time to Object/Respond to Order.**
*Text of Order: Granted.* **So Ordered by Chief District Judge Samantha D. Elliott.(lw)**

**1:26-cv-00448-SE-AJ Notice has been electronically mailed to:**

**1:26-cv-00448-SE-AJ Notice, to the extent appropriate, must be delivered conventionally to:**

Randall Collier
#240004722
Cheshire County Department of Corrections
825 Marlboro Road
Keene, NH 03431