UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

OFFICIAL BUSINESS

26 CV 448 SE

RTS

quadient
FIRST-CLASS MAIL
IMI
$000.78 [0]
08/06/2026 ZIP 03301
043M31271584
US POSTAGE

Return to Sender

Randall Collier, #240004722
Cheshire County Department of Corrections
825 Marlboro Road
Keene, NH 03431

NIXIE 015 FE 1 0008/16/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 03301394135 *2521-03595-07-40

UTF
03431$5603 R0
03301>3941

FILED - USDC -NH
2026 AUG 19 AM10:47

## Orders on Motions

1:26-cv-00448-SE-AJ Collier v. Cheshire County Sheriff

ADMIN

**U.S. District Court**

**District of New Hampshire**

## Notice of Electronic Filing

The following transaction was entered on 8/4/2026 at 9:20 AM EDT and filed on 8/4/2026

**Case Name:** Collier v. Cheshire County Sheriff
**Case Number:** 1:26-cv-00448-SE-AJ
**Filer:**
**Document Number:** 6

**Docket Text:**
**///ORDER approving [2] Report and Recommendation. *The clerk of court shall enter judgment and close the case.* So Ordered by Chief District Judge Samantha D. Elliott.(lw)**

**1:26-cv-00448-SE-AJ Notice has been electronically mailed to:**

**1:26-cv-00448-SE-AJ Notice, to the extent appropriate, must be delivered conventionally to:**

Randall Collier
#240004722
Cheshire County Department of Corrections
825 Marlboro Road
Keene, NH 03431

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=8/4/2026] [FileNumber=3121589-0]
[8152bced3cf3bf498c951c9c8bfb25cae1e6d438c0f5e96cff506f164c130df98bf9
7e4f15eb404cc25ace7fafe14bc0f4655b9a5e19ccc9dac2bf6bba6560c3]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

v. Case No. 26-cv-448-SE

Cheshire County Sheriff, et al

ORDER

After due consideration of the objection and amended objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 2, 2026, for the reasons set forth therein. The petition is dismissed without prejudice. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right and reasonable jurists would not find it debatable whether Judge Johnstone was correct on procedural grounds, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

The clerk of court shall enter judgment and close the case.

So Ordered.

Samantha D. Elliott
Chief Judge, US District Court

Date: August 4, 2026

cc: Randall Collier, pro se

## Clerk's Orders/Judgments

1:26-cv-00448-SE-AJ Collier v. Cheshire County Sheriff

ADMIN

**U.S. District Court**

**District of New Hampshire**

## Notice of Electronic Filing

The following transaction was entered on 8/5/2026 at 11:11 AM EDT and filed on 8/5/2026

**Case Name:** Collier v. Cheshire County Sheriff
**Case Number:** 1:26-cv-00448-SE-AJ
**Filer:**
**WARNING: CASE CLOSED on 08/05/2026**
**Document Number:** 7

**Docket Text:**
**JUDGMENT is hereby entered in accordance with [6] Order on Report and Recommendation. Signed by Tracy A. Uhrin, Clerk of Court. *(Case Closed)* (lw)**

**1:26-cv-00448-SE-AJ Notice has been electronically mailed to:**

**1:26-cv-00448-SE-AJ Notice, to the extent appropriate, must be delivered conventionally to:**

Randall Collier
#240004722
Cheshire County Department of Corrections
825 Marlboro Road
Keene, NH 03431

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045603718 [Date=8/5/2026] [FileNumber=3122327-0]
[2a2bab3e634a24e961ab1cddfaf65c8dea71ea88c2fb03b7715c8a329d9bc5ca5748
e3d529cf66c7e75f7196ac1dc26e458e77a9618a975ee843e3e9250181a8]]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

v. Case No. 26-cv-448-SE

Cheshire County Sheriff, et al

JUDGMENT

Judgment is hereby entered in accordance with the Order by Chief Judge Samanth D. Elliott dated August 4, 2026, approving the Report and Recommendation dated June 2, 2026.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: August 5, 2026

cc: Randall Collier, pro se